

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

The Ector County Alliance of Businesses,

\* From the 358th District Court
of Ector County,
Trial Court No. D-20-07-0749-CV.

Vs. No. 11-20-00206-CV

\* September 9, 2021

Greg Abbott, in his official capacity as
Governor of the State of Texas; John
W. Hellerstedt, in his official capacity as
the Commissioner of Public Health of the
State of Texas and/or as Commissioner of
the Texas Department of State Health
Services; and the State of Texas.

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we grant in part the motion to dismiss filed by Greg Abbott, in his official capacity as Governor of the State of Texas; John W. Hellerstedt, in his official capacity as the Commissioner of Public Health of the State of Texas and/or as Commissioner of the Texas Department of State Health Services; and the State of Texas. We vacate the trial court's order granting the Commissioner's plea to the jurisdiction and dismiss all of the Ector County Alliance of Businesses' claims against the Commisoner for want of jurisdiction, and we vacate the trial court's orders granting the Governor and the State's plea to the jurisdiction as to the Alliance's second, third, fourth, and fifth causes of action and dismiss the Alliance's second, third, fourth, and fifth causes of action against the Governor and the State for want of jurisdiction. We affirm the trial court's order dismissing the Alliance's first cause of action against the Governor and the State. The costs incurred by reason of this appeal are taxed against The Ector County Alliance of Businesses.